IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                              )   2:11-cv-01034-GEB-CKD
       Plaintiff, )
                              )
   v.  )   ORDER DISMISSING IZADCO, LLC
                              )
Izadco, LLC,  )
                              )
       Defendant. )
                              )
_____ )

         Plaintiff filed a Request for Dismissal of Defendant Izadco, LLC with Prejudice on August 14, 2012, in which he states: "Izadco, LLC, not yet appearing, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this Defendant **WITH** prejudice." (ECF No. 14.)

         Defendant Izadco, LLC has appeared in this action, having filed an Answer on August 5, 2011 (ECF No. 11). However, since Plaintiff desires to dismiss this defendant with prejudice, Plaintiff's request is granted. Defendant Izadco, LLC is dismissed with prejudice, and this action shall be closed.

Dated: September 12, 2012

                                     GARLAND E. BURRELL, JR.
                                     Senior United States District Judge